**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ADAM HILL**                                                                                          **PLAINTIFF**
**ADC #601559**

**v.**                                    **Case No. 4:21-cv-01206-KGB-JTR**

**DEXTER PAYNE, Director,**
**Arkansas Division of Corrections,** *et al.*                                    **DEFENDANTS**

<u>**ORDER**</u>

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray that addresses plaintiff Adam Hill's request for temporary restraining order and preliminary injunctive relief (Dkt. No. 16).  Mr. Hill has not filed any objections, and the time to file objections has passed.  Accordingly, after careful consideration, the Court concludes that the Recommended Disposition only should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).  The Court denies as moot Mr. Hill's motion for temporary restraining order and preliminary injunction (Dkt. No. 9).  Because this ruling does not dispose of all claims pending, this case shall remain open.

It is so ordered this 12th September, 2022.

_____
Kristine G. Baker
United States District Judge