IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM HILL**                                                                                                         **PLAINTIFF**
**ADC #601559**

v.                              Case No. 4:21-cv-01206-KGB-JTR

**DEXTER PAYNE, Director,**
**Arkansas Division of Corrections,** *et al.*                                                      **DEFENDANTS**

## ORDER

Before the Court is the status of plaintiff Adam Hill's case (Dkt. No. 55). The Court withdraws the referral of this case to United States Magistrate Judge J. Thomas Ray. The Court grants Mr. Hill's motion to dismiss case (Dkt. No. 55). The Court denies as moot all pending motions and partial recommended dispositions (Dkt. Nos. 26, 34, 42, 43, 44, 45, 48, 49, 50, 51, and 54). Mr. Hill's complaint and second amended complaint are dismissed without prejudice (Dkt. Nos. 1, 22). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this 6th February, 2023.

_____
Kristine G. Baker
United States District Judge